# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **RONDA DANNER**, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**NEXTGEN LEADS LLC d/b/a FIRSTQUOTE HEALTH, DRIPS HOLDINGS, LLC and LEADING HEALTHCARE SOLUTIONS, INC.**,<br><br>*Defendants*. | Case No. 2:22-cv-11498<br><br>HON. STEPHEN J. MURPHY |

## DEFENDANT DRIPS HOLDINGS, LLC'S RESPONSE JOINING NEXTGEN LEADS LLC'S MOTION TO SEVER CLAIMS AGAINST LEADING HEALTHCARE SOLUTIONS, INC. AND TAKING NO POSITION ON NEXTGEN'S MOTION TO TRANSFER OR DISMISS COMPLAINT IN FAVOR OF FIRST FILED ACTION

Defendant Drips Holdings, LLC (hereinafter "Drips"), pursuant to Local Rule 7.1 allowing a party to respond to a motion, respectfully informs the Court that it joins Defendant NextGen Leads LLC's Motion to Sever Claims Against Leading Healthcare Solutions, Inc. and takes no position on NextGen's Motion to Transfer or Dismiss Complaint in Favor of First Filed Action (ECF No. 27).

Dated: December 5, 2022    Respectfully submitted,

*/s//Eric J. Troutman*
Eric Trouman (*pro hac vice*)
530 Technology Drive
Suite 200
Irvine, CA 92618
Telephone: (949) 350-3663
Facsimile:  (949) 203-8689
Email:troutman@troutmanfirm.com

*Counsel for Defendant Drips Holdings, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 5, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

*/s Eric J. Troutman*
Eric J. Troutman